Argued March 27, affirmed May 22, 1978

STATE OF OREGON, *Respondent,*
*v.*
ROBERT EUGENE GOODSON, *Appellant.*
(No. 24286, CA 9600)
579 P2d 258

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

John L. Snyder, District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State v. Dinkel,* 34 Or App 375, 579 P2d 245 (1978).